## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1233, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1235, AND INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1804-1, <br><br> Defendants. | Civil Action No. 2:23-cv-03689-KM-JRA <br><br><br> **NOTICE OF APPEARANCE** |

**TO:    THE CLERK OF THIS COURT AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Alexander Hemsley III, Esq., hereby appears as co-counsel on behalf of plaintiff, the International Union of Operating Engineers Local 825, and that all notices required to be given in this case, and all papers required to be served in this case, shall be given to and served upon the undersigned. The undersigned certifies that he is admitted to practice before this Court.

DeCOTIIS, FITZPATRICK, COLE & GIBLIN, LLP

Dated: July 14, 2023                By: /s/ *Alexander Hemsley, III*

Alexander Hemsley III, Esq.
DeCotiis, FitzPatrick, Cole & Giblin, LLP
61 South Paramus Road, Suite 250
Paramus, NJ 07652
AHemsley@decotiislaw.com
Tel. (201) 928-1100
Fax (201) 928-0588
*Attorneys for Plaintiff*

1

#3306851

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on July 14, 2023, I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served upon all counsel of record by operation of the Court's CM/ECF filing system.

/s/ *Alexander Hemsley, III*

Alexander Hemsley III, Esq.
DeCotiis, FitzPatrick, Cole & Giblin, LLP
61 South Paramus Road, Suite 250
Paramus, NJ 07652
AHemsley@decotiislaw.com
Tel. (201) 928-1100
Fax (201) 928-0588
*Attorneys for Plaintiff*

#3306851