AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT, CERTIFICATION** |
| EFFECTED (1) BY ME: | **VICTOR RODRIGUEZ** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **7/26/2023 11:06:38 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1233

Place where served:

19 FENWICK ST.   NEWARK  NJ  07114

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MS BAILEY

Relationship to defendant    **ASSISTANT**

Description of Person Accepting Service:

SEX: F    AGE: 51-65   HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: BLACK    HAIR: BLACK    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DocuSigned by:
Docusign Court Approved E-Signature
**VICTOR RODRIGUEZ**

DATE: 07/26/2023                  ─CBCDCE663E3E445─                    L.S.

SIGNATURE OF VICTOR RODRIGUEZ
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | VINCENT GIBLIN, ESQ. |
| PLAINTIFF: | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825 |
| DEFENDANT: | INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 23 CV 03689 KM JRA |
| COMMENT: | |