AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT, CERTIFICATION** |
| EFFECTED (1) BY ME: | **VICTOR RODRIGUEZ** |
| TITLE: | **PROCESS SERVER** |
| | DATE: 7/26/2023 1:23:27 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1235

Place where served:

30 HENNESSEY ST.   NEWARK  NJ  07105

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MS GONSALEZ

Relationship to defendant   **CONTROLLER**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
*VICTOR RODRIGUEZ*

DATE: 07/26/2023   _____56C01E99CD434C2_____ L.S.

SIGNATURE OF VICTOR RODRIGUEZ
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

**Attempts**
7/25/2023 1:11:18 PM

| | |
|---|---|
| ATTORNEY: | VINCENT GIBLIN, ESQ. |
| PLAINTIFF: | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825 |
| DEFENDANT: | INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 23 CV 03689 KM JRA |
| COMMENT: | |