Brian A. Jasinski
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, New York 10004
Tel: (212) 425-3240
bjasinski@mmmpc.com

*Attorneys for Defendants International Longshoremen's Association,
ILA Local 1233, ILA Local 1235, and ILA Local 1804-1*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------X
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 825,

                Plaintiff,

    v.

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION LOCAL 1233,
INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION 1235, and INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION LOCAL 1804-1

                Defendants.
---------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Civil Action No. 2:23-cv-03689

      **PLEASE TAKE NOTICE** that Brian A. Jasinski of Mazzola Mardon, P.C. hereby appears as counsel for Defendants International Longshoremen's Association; International Longshoremen's Association, Local 1233; International Longshoremen's Association, Local 1235; and International Longshoremen's Association, Local 1804-1.

Dated: New York, New York
       August 28, 2023

1003-611
135177

MAZZOLA MARDON, P.C.

By: */s/ Brian A. Jasinski*
    Brian A. Jasinski
    26 Broadway, 17th Floor
    New York, New York 10004
    Tel: (212) 425-3240
    Fax: (212) 509-8952
    bjasinski@mmmpc.com

*Attorneys for Defendants International Longshoremen's Association, ILA Local 1233, ILA Local 1235, and ILA Local 1804-1*