John P. Sheridan
Nicholas M. Graziano (*pro hac vice* admission pending)
Brian A. Jasinski
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, New York 10004
Tel: (212) 425-3240
Fax: (212) 509-8952

*Attorneys for Defendants International
Longshoremen's Association,
ILA Local 1804-1, ILA Local 1233, and ILA Local 1235*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------X
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 825,

                Plaintiff,

v.

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION LOCAL 1233,
INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION 1235, and INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION LOCAL 1804-1

                Defendants.
-----------------------------------------------------------------------X

**NOICE OF MOTION TO DISMISS AMENDED COMPLAINT**

Civil Action No. 2:23-cv-03689

### NOTICE OF MOTION TO DISMISS
### PLAINTIFF'S AMENDED COMPLAINT

**To:** Alexander Hemsley, III, Esq.
      Vincent P. Giblin, Esq.
      DeCotiis Fitzpatrick Cole & Giblin, LLP
      61 South Paramus Road, Suite 250
      Paramus, NJ 07652

**PLEASE TAKE NOTICE THAT**, upon the Brief in Support of Defendants International Longshoremen's Association's, ILA Local 1804-1's, ILA Local 1233's, and ILA Local 1235's Motion to Dismiss the Amended Complaint, and the Certification of John P. Sheridan submitted herewith, and all pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Kevin McNulty, at the United States Courthouse, Martin Luther King Building, 50 Walnut Street, Newark, New Jersey 07101, on **September 5, 2023,** or on such other date and time as shall be determined by the Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice Plaintiff International Union of Operating Engineers, Local 825's Amended Complaint as to all of the ILA Defendants, and for such further relief as this Court deems just and proper.

Dated: August 30, 2023

                          MAZZOLA MARDON, P.C.

                          By:   /s/John P. Sheridan
                                 John P. Sheridan
                                 26 Broadway, 17th Floor
                                 New York, New York 10004
                                 Tel: (212) 425-3240
                                 Fax: (212) 509-8952
                                 jsheridan@mmmpc.com

                         *Attorneys for Defendants International Longshoremen's Association, ILA Local 1804-1, ILA Local 1233, and ILA Local 1235*

1003-611
135207

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th Day of August, 2023, a copy of this Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/John P. Sheridan
John P. Sheridan

1003-611
135207