John P. Sheridan
Nicholas M. Graziano (*pro hac vice* admission pending)
Brian A. Jasinski
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, New York 10004
Tel: (212) 425-3240
Fax: (212) 509-8952

*Attorneys for Defendants International*
*Longshoremen's Association,*
*ILA Local 1804-1, ILA Local 1233, and ILA Local 1235*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------X

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 825, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1233, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION 1235, and INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1804-1, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : <br> : |

**MOTION DAY**
**SEPTEMBER 5, 2023**

Civil Action No.
2:23-cv-03689

-----------------------------------------------------------------------X

### CERTIFICATION OF JOHN P. SHERIDAN
### IN SUPPORT OF THE ILA DEFENDANT'S MOTION TO DISMISS

I, JOHN P. SHERIDAN, hereby certify as follows:

1.      I am an attorney at law of the State of New Jersey and am a member of the law

firm of Mazzola Mardon, P.C.   We represent Defendants International Longshoremen's

Association, ILA Local 1804-1, ILA Local 1233, and ILA Local 1235 (collectively, ILA Defendants) in the above-captioned action.  I make this certification to place before the Court a document relevant to the Defendants' Motion to Dismiss Plaintiff's Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

2.      Attached hereto as Exhibit A is a true and accurate copy of a document entitled "Letter of Understanding," dated February 1, 2023, which I received by email on July 26, 2023 from a third party who is not named in this action.  I am informed and believe that Exhibit A is the same "letter of understanding" that Plaintiff refers to on multiple occasions in its Amended Complaint.

I hereby certify that the foregoing statements are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ John P. Sheridan
John P. Sheridan

Dated: August 30, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th Day of August, 2023, a copy of this Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.


/s/John P. Sheridan
John P. Sheridan