**EXHIBIT "A"**



**INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825**
AFFILIATED WITH AFL-CIO

65 SPRINGFIELD AVENUE, 3RD FLOOR, SPRINGFIELD, NJ 07081
973-671-6900 • FAX 973-921-2918

**BRANCH OFFICES**

96 BATES GATES ROAD
SUITE 70
NEW HAMPTON, NY 10958
TEL 845-674-9020
FAX 845-674-9025

3242 ROUTE 206
BUILDING A, UNIT 6
BORDENTOWN, NJ 08505
TEL 856-470-1480
FAX 856-470-1485

**GREGORY LALEVEE**
BUSINESS MANAGER

February 1, 2023

NET

BN 2023-02-02

**VIA ELECTRONIC MAIL**
International Longshoremen Association (ILA)

**Re:   Letter of Understanding**

On behalf of the International Union of Operating Engineers, Local 825 ("Local 825"), this letter of understanding is being provided to the International Longshoreman Association ("ILA") to confirm that Local 825 signatory(s) have been hired by OEM Liebherr Cranes to erect, assemble and weld 2 Ship to Shore cranes arriving at PNCT starting March 2023.

This letter is to verify that Local 825 will not retain any jurisdiction for future maintenance, repairs or modifications to this equipment outside of the contracted scope of this project, and once the cranes have been commissioned and accepted by PNCT.

Sincerely,

/s/

Lino Santiago