

------ LAW OFFICES ------
**DECOTIIS**
DeCotiis, FitzPatrick, Cole & Giblin, LLP

61 SOUTH PARAMUS ROAD, SUITE 250
PARAMUS, NEW JERSEY 07652

TELEPHONE: (201) 928-1100
TELEFAX:    (201) 928-0588
WWW.DECOTIISLAW.COM

NEW JERSEY
NEW YORK

ALEXANDER HEMSLEY, III, ESQ.
AHEMSLEY@DECOTIISLAW.COM
201.907.5235

October 4, 2023

**Via CM/ECF**
Hon. José R. Almonte, U.S.M.J.
United States District Court – District of New Jersey
Frank R. Lautenberg U.S. Post Office
& Courthouse Building
2 Federal Square
Newark, NJ 07102

>   Re:   **International Union of Operating Engineers, Local 825 v.**
>         **International Longshoremen's Association, et al.**
>         **Civil Action No. 2:23-cv-03689-KM-JRA**

Dear Judge Almonte:

    We represent plaintiff, International Union of Operating Engineers Local 825. The initial Scheduling Conference in this matter is listed to proceed before Your Honor on October 16, 2023, at 1:30 p.m. We now write on behalf of all parties, to jointly request that this Conference be adjourned. This joint adjournment request is made for the following reasons.

    Defendants have filed a motion to dismiss Plaintiff's Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff has opposed this motion. Defendants' motion is presently returnable on October 16, 2023, i.e., the same day that the initial Scheduling Conference is listed to proceed.

    Certainly, it is Plaintiff's position that Defendants' motion should be denied. Nevertheless, in the interest of judicial economy and in the interest of conserving both the Court's and parties' resources, the parties respectfully submit that the initial Scheduling Conference should be adjourned, and rescheduled for a date that follows the Court's resolution of Defendants' motion to dismiss.

#3332885



October 4, 2023
PAGE 2

     We thank the Court for its consideration of this request. If the Court should have any questions or wishes to further discuss this request, the parties will make themselves available at the convenience of the Court.

                           Respectfully submitted,

                           **DeCotiis, FitzPatrick, Cole & Giblin, LLP**

                           By: _____
                                   Alexander Hemsley, III, Esq.

AH/
cc: All counsel of record (via CM/ECF)