## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

International Union of Operating
Engineers, Local 825,

    Plaintiff,

    v.

International Longshoremen's
Association, et al.,

    Defendants.

Civil Action No.

23-cv-03689 (EP) (JRA)

**FIRST AMENDED SCHEDULING
ORDER**

  **THIS MATTER** having come before the Court by way of the parties' joint letter seeking an extension to the time to complete discovery (**ECF No. 30**), and for good cause shown,

  **IT IS, on this 15th day of December 2023, ORDERED** that:

1. Written fact discovery is extended through **April 19, 2024**.  No written fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. The deadline to respond to initial discovery demands is extended through **January 19, 2024**.

3. The deadline to request leave to file a motion to add new parties or amend pleadings is extended through **February 20, 2024**.

4. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **March 18, 2024**.   The Court

will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

Hon. José R. Almonte
United States Magistrate Judge