<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 825, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL LONGSHOREMEN'S ASSSOCIATION, INTERNATIONAL LONGESHOREMEN'S ASSOCIATION LOCAL 1233, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION 1235, and INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1804-1, <br><br> Defendants. | No. 23cv3689 (EP) (JRA) <br><br> **ORDER** |

**THIS MATTER** comes before the Court by way of Defendants International Longshoremen's Association and International Longshoremen's Associations 1233, 1235, and 1804-1 (collectively, "Defendants") motion to dismiss Plaintiff International Union of Operating Engineers, Local 825's ("Local 825") First Amended Complaint (D.E. 5). D.E. 13 ("Motion"). The Court has reviewed the parties' submissions, and for the reasons set forth in the Opinion filed herewith,

**IT IS**, on this **27th** day of **March**, 2024,

**ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the Court will exercise jurisdiction over the case; and it is further

**ORDERED** that the First Amended Complaint's sole count is **DISMISSED without prejudice**; and it is finally

**ORDERED** that Local 825 has 30 days from the entry of this Order to file an amended complaint.

Dated: March 27, 2024

                                                                                     Evelyn Padin, U.S.D.J.