## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825, | Civil Action No. 2:23-cv-03689-EP-JRA |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1233, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1235, AND INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1804-1, | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), notice is hereby given that plaintiff, International Union of Operating Engineers Local 825, hereby dismisses the within matter without prejudice and without costs as to any party.

Dated: April 25, 2024

*/s/ Alexander Hemsley, III*
Alexander Hemsley, III, Esq.
**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
Tel: 201-928-1100
Fax: 201-928-0588
AHemsley@decotiislaw.com
*Attorneys for Plaintiff*

**SO ORDERED**

HON. EVELYN PADIN, U.S.D.J.

Dated: 4/29/2024

#3769606